# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RUSSELL NOONAN and DENISE NOONAN,

    Plaintiffs,

-vs-            Case No. 6:10-cv-512-Orl-31KRS

VERMONT MUTUAL INSURANCE COMPANY,

    Defendant.

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO DISMISS OR STRIKE PLAINTIFFS' PRAYER FOR ATTORNEYS' FEES (Doc. No. 5)**
>
> **FILED:** April 7, 2010
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**, and the Plaintiffs' claim for attorneys' fees is dismissed. The Plaintiffs seek attorneys' fees pursuant to Fla. Stat. § 627.428, but that statute does not apply to policies issued and delivered outside of Florida. *See* Fla. Stat. § 627.401(2). On its face, the policy at issue here was issued in Vermont and delivered to the Plaintiffs in New Hampshire.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on May 18, 2010.

                    GREGORY A. PRESNELL
                   UNITED STATES DISTRICT JUDGE