**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RUSSELL NOONAN and DENISE NOONAN,**

        **Plaintiffs,**

-vs-                                      **Case No. 6:10-cv-512-Orl-31KRS**

**VERMONT MUTUAL INSURANCE COMPANY,**

        **Defendant.**

## ORDER

For the reasons stated in open court during the hearing held on Tuesday, November 9, 2010, it is hereby

**ORDERED** that the Court's prior November 4, 2010 Order requiring Defendant to file the "*Cunningham*" agreement in the Court's record within five days (Doc. 32) is **VACATED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 9, 2010.

                                                          GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party